Marshall & Quentzel, L.L.C.
15 North Mill Street, Nyack, NY 10960
(888) 747-4300
Attorneys for Plaintiff
DIAMOND LEASE (U.S.A), INC.

*[signature]*

Robert M. Marshall, Esq. RM#5641

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DIAMOND LEASE (U.S.A), INC.

    Plaintiff,

vs.

RICK HARTMAN,

    Defendants.

------------------------------------x

Case Number:

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable district Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel DIAMOND LEASE (U.S.A), INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Diamond Lease Company Limited and Diamond Lease (Hong Kong) Limited

1

Dated: January 4, 2008

*[signature]*

Robert M. Marshall, Esq.
Marshall & Quentzel, L.L.C.
(Pursuant to NYCRR 130-1.1(a))
Attorneys for Plaintiff
15 North Mill Street
Nyack, NY 10960
(888) 747-4300