AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

DIAMOND LEASE (U.S.A.), INC.,

          Plaintiff

V.

RICK HARTMAN

          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CV 00092**

TO: (Name and address of defendant)

Rick Hartman
10614 DeAndrea Drive
Zionsville, Indiana, 46077

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT M. MARSHALL – RM5641
Marshall & Quentzel, L.L.C.
Attorneys for Plaintiff
15 North Mill Street
Nyack, New York 10960
(888) 747-4300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                      JAN 0 4 2008

CLERK                                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 1/29/2008 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Mark W. Myers | TITLE Asst. Chief, Southport Police |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Accepted by Brett Miller, Atty. Agent for Kirk L. Hartman. 2700 Market St. 10 W. Market St. Indpls IN.

### STATEMENT OF SERVICE FEES

| TRAVEL 244 mi @ .44 = 107.36 | SERVICES $ 100.00 | TOTAL $207.36 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/29/2008
              Date

Signature of Server: Mark W. Myers
Asst. Chief, Southport Police
1529 Ashwood Ct. Greenwood IN 46143
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.