USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DIAMOND LEASE (U.S.A.), INC.,        :
                                     :
              Plaintiff,             :     08 Civ. 92 (LAP)
                                     :
         -v-                         :     ORDER
                                     :
RICK HARTMAN,                        :
                                     :
              Defendant.             :
------------------------------------ x
```

LORETTA A. PRESKA, U.S.D.J.:

Plaintiff's counsel shall inform the Court by letter no later than June 16, 2008 of the status of the action.

SO ORDERED.

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Dated: June 10, 2008
       New York, New York

1