UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DIAMOND LEASE (U.S.A.), INC..,

                    Plaintiff,

       -against-                                  08 CIV. 92 (LAP)
                                                   CLERK'S CERTIFICATE
RICK HARTMAN,

                    Defendant.
-------------------------------------------------------------------X

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 4, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on the defendant by serving Defendant Rick Hartman by personal service upon Brett Miller, Esq., defendant's designated agent for service of process in Indiana on January 29, 2008, pursuant to Defendant's counsel's instructions, and proof of such service thereof was filed on MARCH 3, 2008. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

JUNE 11, 2008

                                              J. MICHAEL MCMAHON
                                              Clerk of the Court

                                              By: _____
                                                   Deputy Clerk