PRES/CO

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

DIAMOND LEASE (U.S.A.), INC.,

              Plaintiff,

      -against-

RICK HARTMAN,

              Defendant.

--------------------------------------------------------------X

**08 CIV. 92 (LAP)**

**ORDER TO
SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/08

Upon the annexed Affidavit of Lorette Antola, an officer of Plaintiff, sworn to the 13th

day of June, 2008, and the Affirmation of Robert Marshall,, a member of the law firm of

Marshall & Quentzel, L.L.C., attorneys for the Plaintiff, dated June 13, 2008, a Certificate of the

Clerk noting the default of the Defendant Rick Hartman, and all prior papers and proceedings

filed herein and sufficient cause appearing therefor, it is hereby

    **ORDERED,** that the Defendant Rick Hartman, show cause at **11:30 a.m.** on

the **7th** day of **August**, 2008, or as soon thereafter as counsel may be heard before

the Honorable Loretta A. Preska, United States District Judge, United States Courthouse, 500

Pearl Street, Courtroom 12A, New York, New York, 10007, for a judgement by default in favor

of the Plaintiff Diamond Lease (U.S.A.), Inc. and against the Defendant Rick Hartman on the

annexed form hereto, and for such other and further relief as to the Court may seem proper.

    **ORDERED,** that a copy of this Order and of the papers upon which it is granted, be served
by overnight courier, such as Federal Express or
upon the Defendant Rick Hartman by regular and certified mail, return receipt requested,
by overnight courier, such as Federal Express
addressed to Rick Hartman, 10614 DeAndrea Drive, Zionsville, Indiana, 46077 and by regular
or

and certified mail, return receipt requested, Brett Miller, Esq., Bingham McHale, LLP, 10 West Market Street, Suite 2700, Indianapolis, Indiana 46204, no later than $\underline{July\ 11}$ 2008, which shall be deemed good and sufficient service.

SO ORDERED this 10th day of $\underline{July}$ , 2008.

It is further ordered that opposition papers shall be filed, and courtesy copies delivered to chambers, no later than July 31, 2008,

and it is further ordered that reply papers, if any, shall be filed, and courtesy copies delivered to chambers, no later than August 5, 2008

Loretta A. Preska

U.S.D.J.

2