UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

**DIAMOND LEASE (U.S.A), INC.,**

                      **Plaintiff,**                    08 CIV. 92(LAP)

    -against-

                                                  **Affirmation of**
**RICK HARTMAN,**                                       **Robert M. Marshall**

                      **Defendant.**

-----------------------------------------------------------------------X

     ROBERT M. MARSHALL, an attorney duly licensed to practice law in this court, deposes and says under penalty of perjury:

1.   I am an attorney at law of the State of New York and am the attorney for plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2.   I make this affirmation, in support of Plaintiff's application for the entry of default judgment against Defendant. If called as a witness I would testify competently as to the facts set forth herein.

3.   On July 10, 2008 I sent an overnight mail letter and copy of the July 10, 2008 order to show cause, affidavit of Lorette Antola, my affirmation, clerk's certificate, statement of damages, proposed default judgement, an additional copy of the summons and complaint to Rick Hartman, 10614 DeAndrea Drive, Zionsville, Indiana, 46077, the address delineated in Defendant's guarantee, and to Brett Miller, Esq., Bingham McHale, LLP, 10 West Market Street

Suite 2700, Indianapolis, Indiana 46204, Defendant's designated agent per the previously filed summons. Defendant Rick Hartman's's overnight mailing was returned to the undersigned and Rick Miller, Esq.'s office accepted the overnight mail. A copy of the federal express trackings are attached as Exhibits A and B, respectively.

Dated: Nyack, New York
       August 4, 2008

                                            Marshall & Quentzel, L.L.C.

                                            <u>Robert M. Marshall, Esq. /s/</u>
                                            Robert M. Marshall, Esq. (RM-5641)
                                            Attorneys for Plaintiff
                                            15 North Mill Street
                                            Nyack, NY 10960
                                            (888) 747-4300

# MARSHALL & QUENTZEL, L.L.C.
### Attorneys at Law
Wayne - Tenafly - New York
15 North Mill Street
Nyack, New York 10960
(888) 747-4300

E-Mail  rmarshall@mqlaw.net
Telecopier (973) 812-4489

**ROBERT M. MARSHALL**
MEMBER OF N.J. & N.Y. BARS

July 10, 2008

via overnight mail

Mr. Rick Hartman
10614 DeAndrea Drive
Zionsville, Indiana, 46077

Brett Miller, Esq.
Bingham McHale, LLP
10 West Market Street
Suite 2700
Indianapolis, Indiana 46204

RE: DIAMOND LEASE (U.S.A.), INC. v. RICK HARTMAN
Case No. 08-CV-92(LAP)

Dear Mr. Hartman and Mr. Miller:

As you are aware the undersigned represents the plaintiff with regard to the above matter. Enclosed please find a copy of the July 10, 2008 order to show cause, affidavit of Lorette Antola, my affirmation, clerk's certificate, statement of damages, and proposed default judgment. Should you have any questions please feel free to contact me. Thank you.

Very truly yours,

Marshall & Quentzel, L.L.C,

Robert M. Marshall

RMM:af
Enclosures

| From: | Origin ID: SXPA  (973) 812-4499 | | Ship Date: 10JUL08 |
|---|---|---|---|
| | robert marshall<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Blvd.<br>Wayne, NJ 07470 |  | ActWgt: 1.0 LB<br>System#: 8563310/INET8061<br>Account#: S ******** |

JCLS060408/20/23

SHIP TO: (317) 733-3685    BILL SENDER
**Rick Hartman**

**10614 DEANDRA DR**

**ZIONSVILLE, IN 46077**

Ref #     diamond/rlh hartman
Invoice #
PO #
Dept #



TRK# 0201  7970 2509 5094     FRI - 11JUL    A2
STANDARD OVERNIGHT

**NQ OTNA**     46077
IN-US
IND



---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                7/10/2008



Español | Customer Support | FedEx Locations   Search   Go

Package/Envelope   Freight   Expedited   Office/Print Services
Ship ▸   Track ▸   Manage ▸   Business Solutions ▸

## Track Shipments/FedEx Kinko's Orders
### Detailed Results

Printable Version   Quick Help

| | | |
|---|---|---|
| **Tracking number** | 797025095094 | |
| **Ship date** | Jul 10, 2008 | |
| **Estimated delivery** | Jul 14, 2008 by 3:00 PM | |
| **Status** | At FedEx destination | |

| | | |
|---|---|---|
| **Reference** | | |
| **Destination** | | |
| **Service type** | Standard Envelope | |
| **Weight** | 0.5 lbs. | |

diamond/rlh hartman
ZIONSVILLE, IN

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Tracking a FedEx SmartPost Shipment?
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 11, 2008 | 3:57 PM | At local FedEx facility | INDIANAPOLIS, IN | |
| | 2:43 PM | Delivery exception | INDIANAPOLIS, IN | Customer not available or business closed |
| | 7:43 AM | On FedEx vehicle for delivery | INDIANAPOLIS, IN | |
| | 7:08 AM | At local FedEx facility | INDIANAPOLIS, IN | |
| | 6:05 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 1:39 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Jul 10, 2008 | 11:14 PM | Departed FedEx location | NEWARK, NJ | |
| | 8:36 PM | Left FedEx origin facility | FAIRFIELD, NJ | |
| | 7:39 PM | Picked up | FAIRFIELD, NJ | |
| | 5:17 PM | Package data transmitted to FedEx | | |

E-mail results    Track more shipments/orders

Subscribe to tracking updates (optional)

**Your name:**                **Your e-mail address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:**  ○ HTML    Text    Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and Conditions
Submit

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

http://www.fedex.com/Tracking?ascend_header=1&clienttype=dotcom&cntry_code=us&l...   7/13/2008

**MARSHALL & QUENTZEL, L.L.C.**
Attorneys at Law
Wayne - Tenafly - New York
15 North Mill Street
Nyack, New York 10960
(888) 747-4300

**ROBERT M. MARSHALL**
MEMBER OF N.J. & N.Y. BARS

E-Mail  rmarshall@mqlaw.net
Telecopier (973) 812-4489

July 10, 2008

via overnight mail

Mr. Rick Hartman
10614 DeAndrea Drive
Zionsville, Indiana, 46077

Brett Miller, Esq.
Bingham McHale, LLP
10 West Market Street
Suite 2700
Indianapolis, Indiana 46204

      RE: DIAMOND LEASE (U.S.A.), INC. v. RICK HARTMAN
      <u>Case No. 08-CV-92(LAP)</u>

Dear Mr. Hartman and Mr. Miller:

    As you are aware the undersigned represents the plaintiff with regard to the above matter. Enclosed please find a copy of the July 10, 2008 order to show cause, affidavit of Lorette Antola, my affirmation, clerk's certificate, statement of damages, and proposed default judgment. Should you have any questions please feel free to contact me. Thank you.

                           Very truly yours,

                           Marshall & Quentzel, L.L.C,

                           Robert M. Marshall

RMM:af
Enclosures

From:  Origin ID: SXPA  (973) 812-4499
robert marshall
Marshall & Quentzel, L.L.C.
155 Willowbrook Blvd.

Wayne, NJ 07470



JCLS080408/20/23

SHIP TO: (317) 635-8900           BILL SENDER
**Brett Miller**
**Bingham McHale LLP**
**10 W MARKET ST STE 2700**

**INDIANAPOLIS, IN 46204**

Ship Date: 10JUL08
ActWgt: 1.0 LB
System#: 8563310/INET8061
Account#: S *******

Delivery Address Bar Code



Ref #      dimaond/ rlh hartman
Invoice #
PO #
Dept #

TRK# 7970 2509 7513        FRI - 11JUL        A1
0201                       STANDARD OVERNIGHT

                                        46204
**NQ GSHA**                             IN-US
                                        IND



---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package  whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                           7/10/2008



Español | Customer Support | FedEx Locations   Search

Package/Envelope | Freight | Expedited | Office/Print Services
Ship ▸   Track ▸   Manage ▸   Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version   Quick Help

| | |
|---|---|
| Tracking number | 797025097513 |
| Signed for by | J.LANDERS |
| Ship date | Jul 10, 2008 |
| Delivery date | Jul 11, 2008 10:34 AM |

| | |
|---|---|
| Reference | dimaond/ rlh hartman |
| Destination | INDIANAPOLIS, IN |
| Delivered to | Mailroom |
| Service type | Standard Envelope |
| Weight | 0.5 lbs. |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Tracking a FedEx SmartPost Shipment?
Go to shipper login

**Status**   Delivered

**Signature image available**   Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 11, 2008 | 10:34 AM | Delivered | INDIANAPOLIS, IN | |
| | 7:40 AM | On FedEx vehicle for delivery | INDIANAPOLIS, IN | |
| | 6:46 AM | At local FedEx facility | INDIANAPOLIS, IN | |
| | 5:42 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 1:39 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Jul 10, 2008 | 11:14 PM | Departed FedEx location | NEWARK, NJ | |
| | 8:36 PM | Left FedEx origin facility | FAIRFIELD, NJ | |
| | 7:39 PM | Picked up | FAIRFIELD, NJ | |
| | 5:19 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name:                Your e-mail address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

Select format:  ○ HTML   Text   Wireless
Add personal message:

Not available for Wireless or non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and Conditions   Submit

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DIAMOND LEASE (U.S.A.), INC.,

                Plaintiff,

       -against-                                         08 CIV. 92 (LAP)

RICK HARTMAN,                             CLERK'S CERTIFICATE

                Defendant.
-------------------------------------------------------------X

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 4, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on the defendant by serving Defendant Rick Hartman by personal service upon Brett Miller, Esq., defendant's designated agent for service of process in Indiana on January 29, 2008, pursuant to Defendant's counsel's instructions, and proof of such service thereof was filed on MARCH 3, 2008. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

JUNE 11, 2008

                                                J. MICHAEL MCMAHON
                                                Clerk of the Court

                                                By: _____
                                                     Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIAMOND LEASE (U.S.A.), INC.,                                    08 CIV. 92 (LAP)

                Plaintiff,

   -against-

                                                  Statement of
                                                  Damages
RICK HARTMAN,
                Defendant.

-----------------------------------------------------------------X

On the First Claim in the Complaint the principal sum of $110,636.85, consisting of the unpaid balance of $127,976.00, plus late charges owing from April 14, 2005 though December 17, 2007 of $15,435.00, less the gross sales proceeds of $50,000.00, the September 30 Specific Collateral sold at private sale on notice to RLH and Rick Hartman on December 17, 2007, plus repossession expenses of $7,765.00, plus all continuing default interest from December 18, 2007 through June 10, 2008 of $8,903.49 on the $101,176.00 net amount due, (plus process server/costs of collection of $207.36, and $350.00 Court complaint filing fee), due under the Lease and Guarantee.

| | |
|---|---|
| Costs and Disbursements: | $207.36 |
| Clerk's Fee | $350.00 |
| Total as of June 10, 2008 | $110,636.85 |

**Attached hereto is a copy of the Summons, Complaint and Proof of Service**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DIAMOND LEASE (U.S.A.), INC.,                                    08 CIV. 92 (LAP)

                **Plaintiff,**

      -against-                                                        DEFAULT JUDGMENT

RICK HARTMAN,

                **Defendant.**

------------------------------------------------------------------------X

      This action was commenced by the filing of a Complaint and the issuance of a Summons on January 4, 2008, a copy of said Summons and Complaint having been served upon the Defendant Rick Hartman on January 29, 2008, by personal service upon Brett Miller, Esq., Defendant's designated agent for service of process in Indiana, and proof of such service having been filed in the Office of the Clerk on March 3, 2008, and the said Defendant Rick Hartman having failed to file and serve an answer, a motion, or otherwise appear in this action, and upon Plaintiff's Affidavit in Support of Default Judgment, exhibits annexed hereto, made and sworn to by Lorette Antola, an officer of Plaintiff, with personal knowledge of the facts relating to Plaintiff's claims herein; an Affirmation in Support of Default Judgment of Robert M. Marshall, a member of the firm of Marshall & Quentzel, L.L.C., attorneys for Plaintiff, a copy of the Affidavit of Service of the original Summons and Complaint; a Clerk's Certificate noting said Defendant's default in the pleadings, all of which are submitted herewith,

      **NOW**, on Order to Show Cause of Robert M. Marshall, attorney for the plaintiff, it is

**ORDERED and ADJUDGED**:

That the Plantiff, Diamond Lease (U.S.A.), Inc. have judgment against the Defendant Rick Hartman in the liquidated total amount of $110,636.85;

On the First Claim in the Complaint in the principal sum of $110,636.85, consisting of the unpaid balance of $127,976.00, plus late charges owing from April 14, 2005 though December 17, 2007 of $15,435.00, less the gross sales proceeds of $50,000.00, the September 30 Specific Collateral sold at private sale on notice to RLH and Rick Hartman on December 17, 2007, plus repossession expenses of $7,765.00, plus all continuing default interest from December 18, 2007 through June 10, 2008 of $8,903.49 on the $101,176.00 net amount due, plus process server/costs of collection of $207.36, and $350.00 Court complaint filing fee, due under the Lease and Guarantee.

Dated: New York, New York
           , 2008

                                                            _____
                                                                          U.S.D.J.